# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | |
|---|---|
| **Michael Dean,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 21-cv-3025 |
| **Illinois Department of Corrections, Dee Dee Brookhart, and Kelly Richardson,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Dean's action against Defendants' Illinois Department of Corrections, Dee Dee Brookhart, and Kelly Richardson is dismissed with prejudice.

**Dated: 3/31/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge